James H. Hooper, appellant, v. Marie Ellemund and Edmund Kelly,
appellees. Gen. No. 9,055.

 Opinion filed May 15, 1936. Rehearing denied
June 20, 1936.
James H. Hooper, pro se. Johan Waage, for appellees; William
Daniel Johnson, of counsel.
Mr. Presiding Justice Huffman delivered the opinion of the court.

Leader Ice Cream Company, appellant, v. John Doy, appellee.
Gen. No. 9,008.

Opinion filed May 15, 1936.
Golden & Golden, for appellant. George W. Field, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Ruth A. Bailey, administrator de bonis non of the estate of Lindy
E. Bailey, deceased, appellee, v. Harvey Kyle, appellant. Gen. No.
9,036.

 Opinion filed May 15, 1936.
Wm. Biester, for appellant. David R. Joslyn, Jr., and William L.
Pierce, for appellee.
Mr. Justice Dove delivered the opinion of the court.

William J. Lynn, administrator of the estate of Raymond J. Lynn,
deceased, appellee, v. Bert Haff, appellant. Gen. No. 9,044.

 Opinion filed May 15, 1936.
Lord & Parker, for appellant; Maurice F. Lord and Gilbert L.
Wood, of counsel. Frank A. McCarthy and Charles A. O'Connor,
for appellee; Frank A. McCarthy, Bernard F. Martin and James C.
O'Brien, Jr., of counsel.
Mr. Justice Wolfe delivered the opinion of the court.